**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Brandon Dane Wingert

<u>Debtor(s)</u>

CHAPTER 7

BKY. NO. 22-70338 JAD

**<u>ENTRY OF APPEARANCE AND REQUEST FOR NOTICES</u>**

To the Clerk:

Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

Respectfully submitted,

/s/ Brian C. Nicholas

Brian Nicholas
21 Dec 2022, 06:40:13, EST

Brian C. Nicholas, Esq. (317240) ☑
Denise Carlon, Esq. (317226)     ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com

Document ID: c816822579980e4c364a3a86237ee3f116d87b1dfdaf7b5e27a8a8d12de56e6c